FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy            DEPUTY

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUPERT M. ROE,<br><br>  Petitioner,<br><br>  v.<br><br>G. D. LEWIS,<br><br>  Respondent. | Case No. CV 12-01979 CAS (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections [25]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1. The Objections reiterate arguments Petitioner raised in his Opposition and are overruled for the reasons set forth in the R&R. The Court also accepts the findings and recommendation of the R&R.

2. Respondent's Motion to Dismiss the Second Amended Petition as time-barred is GRANTED.

///

3. Judgment shall be entered dismissing this action with prejudice.

4. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

*Christina A. Snyder*

Dated: September 18, 2012

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE