JS - 6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 19 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 19 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUPERT M. ROE,<br>　　　　Petitioner,<br>　　v.<br>G. D. LEWIS,<br>　　　　Respondent. | Case No. CV 12-01979 CAS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: September 18, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE