JS - 6

*ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — SEP 19 2012 — CENTRAL DISTRICT OF CALIFORNIA — BY ___ DEPUTY*

*FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — SEP 19 2012 — CENTRAL DISTRICT OF CALIFORNIA — BY ___ DEPUTY*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RUPERT M. ROE,<br><br>    Petitioner,<br><br>    v.<br><br>G. D. LEWIS,<br><br>    Respondent. | Case No. CV 12-01979 CAS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: September 18, 2012

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE